AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of

One 2006 BMW M5,
and all attachments thereto,
VIN.

**SEIZURE WARRANT**

CASE NUMBER:

07-252-M-01

TO: ___Jan Kostka, USPIS___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Postal Inspector Jan Kostka___ who has reason to believe that in the State of Maryland, but within the jurisdiction of this Court, there is now certain property which is subject to forfeiture to the United States, namely

    One 2006 BMW M5,
    and all attachments thereto,

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

_____MAY 29 2007_____ at Washington, D.C.   _____[signature]_____
Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>MAY 29, 2007 | DATE AND TIME WARRANT EXECUTED<br>JUNE 1, 2007  6:10 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF    JAN KOSTKA |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>SEE ATTACHMENT<br><br>**FILED**<br>JUN 1 1 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |||

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_     06/11/07
U.S. Judge or U.S. Magistrate Judge          Date

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from
__1103 Knights Court Germantown, MD 20876__
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)
on __6/1/07__ at __6:30__ (AM)/PM as a result of a search warrant issued by the
U.S. District Court, __District of The__ District of __Columbia__
Case No. __0598-1647040-MF-(1)__ :

**ITEM # A01294854**
Primary Location: Garage of Knights Court Residence
Specific Location:
Description: 2006 BMW M5 Black Sedan MD tag __, VIN

**ITEM # A00768801**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc documents related to house (title, etc.)

**ITEM # A00768806**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc. documents related to annuities, retirement, etc.

**ITEM # A00768805**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc. documents - 2006 tax information

**ITEM # A00768803**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc documents - home + auto insurance

**ITEM # A01294883**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc documents related to vehicle

**ITEM # A00768804**
Primary Location: Garage
Specific Location: Trunk of BMW
Description: Misc documents - life insurance

**ITEM # A00768820**
Primary Location: Garage
Specific Location:
Description: BMW Car Cover

Page __1__ of __2__

__J. Mehall__
PREPARER'S NAME

DISTRIBUTION:  WHITE-U.S. DISTRICT COURT   YELLOW-INSPECTOR   PINK-RECIPIENT

# UNITED STATES POSTAL INSPECTION SERVICE

# SEARCH WARRANT INVENTORY

The following list constitutes an official inventory of items seized from
11103 Knights Court Germantown, MD 20876
(NAME / ADDRESS / DESCRIPTION OF PREMISES, VEHICLE, PERSON)

on 6/1/07 at 6:30 (AM)/PM as a result of a search warrant issued by the U.S. District Court, District of the District of Columbia

Case No. 0598-1647040-MF-(1)

ITEM # A00768809
Primary Location: BMW-M5 Sedan
Specific Location: Passenger seat
Description: 30 GB IPOD S/N 4U5473RDTXK + Business card

ITEM # A00768811
Primary Location: BMW-M5 Sedan
Specific Location: Glove Box
Description: Black Motorola Razor Cell phone; white earphones for IPOD

ITEM # A00768813
Primary Location: BMW-M5 Sedan
Specific Location: Front passenger seat
Description: Bank of America receipt for savings account balance $25,447.94

ITEM #
Primary Location:
Specific Location:
Description:

ITEM #
Primary Location:
Specific Location:
Description:

ITEM #
Primary Location:
Specific Location:
Description:

ITEM #
Primary Location:
Specific Location:
Description:

ITEM #
Primary Location:
Specific Location:
Description:

Page 2 of 2

J. Mchail
PREPARER'S NAME

DISTRIBUTION:   WHITE-U.S. DISTRICT COURT   YELLOW-INSPECTOR   PINK-RECIPIENT